IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WALLACE MITCHELL**, | : | Civil Action No. 3:01-cv-1788 |
| Petitioner, | : | (Judge Conner) |
| v. | : | |
| **DONALD ROMINE**, | : | |
| Respondent | : | |

### ORDER

AND NOW, this 5th day of November, upon consideration of petitioner Wallace Mitchell's ("Mitchell") motion (Doc. 74) to reopen the captioned case claiming that "[s]ince petitioner's release from custody, new evidence and documents, that go to the merits of this case, have become available[,]" and the court noting that according to the Federal Bureau of Prison Inmate Locator that Mitchell is currently still serving a life-sentence at the United States Penitentiary at Florence, Colorado, and has not been released, and the court further noting that Mitchell has failed elabo rate in his brief in support[1] whether this alleged newly discovered evidence pertains to his civil complaint regarding prisoner grievances filed on September 18, 2001, (Doc. 1), and subsequently denied by the Third Circuit on December 17, 2005, see <u>Mitchell v. Romine</u>, 158 Fed. App'x 367 (3d Cir. 2005), or to his underlying criminal actions,

---

[1] Mitchell's "brief in support" mimics the exact language of the motion without further elaboration. (<u>See</u> Doc. 75). Nor does Mitchell apprise the court of the rule or statute upon which he wishes to rely on to reopen his case, only citing to vague "new evidence."

therefore, the motion (Doc. 74) is DENIED without prejudice to the filing of a more specific motion and brief.

          S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge